UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case No. 21-CR-35 (RC) |
| v. : | |
| **JEFFREY SABOL,** : | |
| Defendant. : | |

## STATEMENT OF ELEMENTS AND FACTS FOR STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jeffrey Sabol, with the concurrence of his attorney, hereby submit the Elements and Statement of Facts for Stipulated Trial as to Counts One, Eight, and Ten of the Third Superseding Indictment (ECF 145), charging the defendant with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2 (Count One); Robbery within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 2111 (Count Eight); and Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a)(1) and (b) and 2 (Count Ten).

I.   **Elements**

   A. **Count One – 18 U.S.C. §§ 1512(c)(2) and 2**

The essential elements of the offense of obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. § 1512(c)(2), each of which the government must prove the following beyond a reasonable doubt, are:

   1. The defendant obstructed or impeded an official proceeding, or attempted to do so.

2. The defendant intended to obstruct or impede the official proceeding.

3. The defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding.

4. The defendant acted corruptly.

To act "corruptly," the defendant must use independently unlawful means or act with an unlawful purpose, or both. The defendant must also act with "consciousness of wrongdoing." "Consciousness of wrongdoing" means with an understanding or awareness that what the person is doing is wrong or unlawful.

The government further alleges that the defendant aided and abetted others in committing obstruction of an official proceeding. To satisfy its burden of proof in proving that the defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. Others committed obstruction of an official proceeding by committing each of the elements of the offense charged;

2. The defendant knew that obstruction of an official proceeding was going to be committed or was being committed by others;

3. The defendant performed an act or acts in furtherance of the offense;

4. The defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of obstruction of an official proceeding; and

5. The defendant did that act or acts with the intent that others commit the offense of an obstruction of an official proceeding.

### B. Count Eight – 18 U.S.C. § 2111

The essential elements of Robbery within the Special Maritime and Territorial Jurisdiction of the United States, in violation of 18 U.S.C. § 2111, each of which the government must prove beyond a reasonable doubt are:

1. That the defendant obtained property that he was not lawfully entitled to, from a person, without that person's consent;

2. That the defendant used actual or threatened force, violence, or intimidation to obtain the property;

3. The defendant knowingly obtained the property in this way; and

4. The defendant committed this offense within the special maritime or territorial jurisdiction of the United States.

### C. Count Ten – 18 U.S.C. § 111(a)(1) and (b)

The essential elements of Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), each of which the government must prove the following beyond a reasonable doubt are:

1. The defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer B.M., an officer from the Metropolitan Police Department.

2. The defendant did such acts forcibly.

3. The defendant did such acts voluntarily and intentionally.

4. Officer B.M. was assisting officers of the United States who were then engaged in the performance of their official duties.

5. In doing such acts, the defendant intentionally used a deadly or dangerous weapon.

The government further alleges that the defendant aided and abetted others in assaulting,

resisting, or impeding certain officers and using a deadly or dangerous weapon. To satisfy its burden of proof in proving that the defendant aided and abetted others in committing this offense, the government must prove the following beyond a reasonable doubt:

1. Others assaulted, resisted, or impeded certain officers using a deadly or dangerous weapon by committing each of the elements of the offense charged;

2. The defendant knew that the offense was going to be committed or was being committed by others;

3. The defendant performed an act or acts in furtherance of the offense;

4. The defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of assaulting, resisting, or impeding certain officers using a deadly or dangerous weapon; and

5. The defendant did that act or acts with the intent that others commit the offense of assaulting, resisting, or impeding certain officers using a deadly or dangerous weapon.

**II.  Statement of Facts**

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected

members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session is set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.  At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

8. On January 6, 2021, USCP requested assistance from the Metropolitan Police Department ("MPD") and other law enforcement agencies in the area to protect the Capitol, impede more people from entering the Capitol, and expel the crowd that was already inside the Capitol. Multiple MPD officers and other law enforcement officers came to assist, including MPD Officers M.T., A.W., and B.M, referenced below.

*Jeffrey Sabol's Preparations for January 6, 2021*

9. On January 4, 2021, Sabol traveled from his home in Colorado to Washington, D.C., with several other individuals who were members of what Sabol described as a "neighborhood watch" group (the "Group"). Prior to leaving, members of the Group discussed what to bring with them. Sabol brought a trauma kit, a buck knife, and zip ties. On the advice of

one member of the Group, Sabol brought a helmet. The Group also brought radios with them, which Sabol and others had used at a previous event and which Sabol and others used to attempt to communicate with each other on January 6, 2021.

### *Jeffrey Sabol's Actions in the January 6, 2021 Capitol Riot*

10. On January 6, 2021, Sabol and other members of the Group attended the "Stop the Steal" rally at the Ellipse and watched then-President Donald Trump speak. Sabol stayed until the end of the speech, then he and at least one other member of the Group walked towards the Capitol building. As they approached, Sabol observed that, in his words, "a battle was already going on" and heard munitions (which Sabol believed were flashbangs) in the distance. At some point, Sabol separated from the individual he was with and began grappling with the police officers who were protecting the Capitol grounds and building.

11. By at least 2:00 p.m., a line of police officers, including USCP officers and MPD officers, was positioned to the west of the Capitol building. Many of the officers in the line were carrying riot shields. At approximately 2:04 p.m., Sabol and another rioter pushed a third rioter – who himself was holding a riot shield – from behind, propelling him forward and up a set of steps so that he ran into the line of police officers. *See Figures 1 and 2*. As the officers attempted to repel them, Sabol kept pushing forward and slammed into a riot shield held by Officer M.T. *See Figures 2-5*. Sabol kept pushing against the line of officers until a USCP officer pushed the defendant back, causing him to fall down a set of steps.





*Figures 1 and 2: Sabol (circled in red) and another rioter push a third rioter up a set of steps and into the line of police officers on the West Plaza of the U.S. Capitol building*





*Figures 3, 4, and 5: Sabol (wearing a tan jacket and teal backpack) slams into and pushes against a riot shield held by MPD Officer M.T.*

12. At approximately 2:27 p.m., Sabol and other rioters again charged at a line of police officers on the west side of the Capitol building. Sabol ran towards the line of officers and used two hands to push against a riot shield held by one of the officers. *See Figure 6.*



Figure 6: Sabol (circled in red) charges the line of police officers on the West Plaza of the Capitol building

13. At approximately 2:33 p.m., Sabol and another rioter grabbed at a helmet-visor held by an MPD officer. *See Figure 7*. Sabol and the other rioter engaged in a tug of war with the officer over the visor; the officer was able to retain possession of the visor.



Figure 7: Sabol (circled in red) attempts to grab a visor from an MPD officer

14. Throughout the afternoon of January 6, 2021, many of the of the most violent confrontations between rioters and law enforcement occurred near an entrance to the Capitol Building in the area known as the Lower West Terrace ("LWT"). The entrance usually consists of a flight of stairs leading to a doorway. On January 6, 2021, however, the construction of the inaugural stage converted the stairway into a 10-foot-wide, slightly sloped, short tunnel that was approximately 15 feet long (the "Tunnel"). That tunnel led the basement of the Capitol Building. The exterior of the Tunnel is framed by a stone archway (the "Archway").

15. At approximately 2:42 p.m., the mob broke the windows to the first set of doors, and the law enforcement officers reacted immediately by spraying Oleoresin Capsicum ("OC") spray at the rioters, who continued to resist. The mob continued to grow, and the rioters pushed their way into the second set of doors, physically engaging law enforcement with batons, poles, chemical spray, bottles, and other items. Officers created a line in the doorway to block the rioters and physically engaged them with batons and OC spray. The violent and physical battle for control over the Tunnel, the Archway, and the LWT area continued for more than two hours, during which time rioters repeatedly assaulted, threatened, pushed, and beat law enforcement officers, engaging them in intense hand-to-hand combat.

16. By 4:27 p.m., police officers had been defending the Tunnel for nearly two hours, advancing and retreating as rioters fought their way into the Tunnel. In the minutes immediately prior, officers had been attempting to expel rioters from the Tunnel and the Archway. The crowd of rioters was crushed against the line of police officers protecting the Archway; many rioters tumbled out of the Tunnel and several were trampled by the mob. Many individuals in the crowd were throwing and/or swinging various makeshift weapons at the police officers positioned in the Archway and Tunnel.

17. Starting at approximately 4:27 p.m., MPD Officer A.W. was positioned toward the opening of the Archway when co-defendant Justin Jersey charged at Officer A.W., grabbing his face, and knocking Officer A.W. to the ground. While Officer A.W. was lying supine on the ground of the Archway attempting to defend himself, Sabol reached for Officer A.W.'s baton, grabbed it, and ripped it out of Officer A.W.'s hands. *See Figures 8-11.* Sabol used such force in wrestling the baton from Officer A.W. that he fell backwards down the steps of the LWT once the baton was removed from Officer A.W.'s grasp.



*Figure 8: Officer A.W.'s body-worn camera footage depicts Sabol's hands (circled in red) reaching towards Officer A.W.'s baton. Officer A.W. is lying on his back on the ground; his body-worn camera is facing up towards the top of the Archway.*







*Figures 9, 10, and 11: Sabol (circled in red) and Officer A.W. struggle over Officer A.W.'s baton. Officer A.W. is wearing a neon-yellow MPD-issued jacket; his arms are in the foreground.*

18. While A.W. was lying on the ground, co-defendant Jack Wade Whitton climbed over a railing and began striking at MPD Officer B.M. with a crutch. Whitton then kicked at Officer A.W., who was still lying on the ground, then grabbed Officer B.M., first by his baton, then by the helmet and the neck of his ballistic vest, pulled him down, over Officer A.W., and started to drag him down a set of steps in a prone position. Sabol climbed back up the LWT steps, moved towards the Archway, and assisted Whitton and co-defendant Logan James Barnhart in dragging Officer B.M. down the steps, holding Officer A.W.'s baton against Officer B.M.'s back. *See Figures 12, 13, and 14.* Once Officer B.M. had been dragged fully into the crowd, other rioters, including co-defendants Peter Stager and Mason Courson, beat Officer B.M. with weapons, including a flagpole and a baton.





Figures 12, 13, and 14: Sabol (circled in red) ascends the LWT steps and assists Whitton and Barnhart in dragging Officer B.M. into the mob below.

19.  As a result of the assaults described in paragraphs 17 and 18, Officer A.W. sustained a laceration to his head that required staples to close and Officer B.M. sustained bruising and abrasions.

20. When Sabol engaged in the conduct described in paragraphs 11, 12, 13, 17 and 18, he knew that the officers involved were engaged in the performance of official duties as officers with the Metropolitan Police Department, who were assisting the United States Capitol Police.

### *Jeffrey Sabol's Conduct Following the January 6, 2021 Capitol Riot*

21. In the days following January 6, 2021, Sabol became concerned that he would be arrested for his conduct on that day. He therefore deleted text messages and other communications, including text message between members of the Group. He also asked another individual to delete a "selfie video" that Sabol had sent to that individual, which depicted SABOL immediately after he had been pepper sprayed and in which Sabol stated that he had "tried to rush the front gate, the front door" and then turned the camera to film the crowd on the steps leading up to the Archway. Sabol also destroyed materials in order to prevent the government from finding them. Among other things, he microwaved laptops and hard drives and dropped his cellphone into a body of water. He also booked a flight to Zurich, Switzerland in an attempt to flee the United States. When he was unable to board that flight, he rented a car and drove towards Westchester, New York, where local law enforcement arrested him on January 11, 2021.

22. Following his arrest, Sabol was interviewed by FBI agents on multiple occasions. During those interviews, Sabol told agents, among other things, that he believed that there was no question that the 2020 election was stolen; that he had seen video of ballots being mishandled and knew that Dominion voting machines had been tampered with; that he was very angry about election fraud, and that his state of mind on January 6, 2021 was that of "patriotic rage."

III.  Conclusion

If the Court finds the existence of these facts beyond a reasonable doubt, the defendant stipulates that this evidence would establish each and every element of the charged offenses for Counts One, Eight, and Ten of the Third Superseding Indictment (ECF 145).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Benet J. Kearney

Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorney
1 St. Andrew's Plaza
New York, NY 10007
(212) 637 2260
Benet.Kearney@usdoj.gov

Alexandra F. Foster
D.C. Bar No. 470096
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92124
(619) 546-6735
Alexandra.Foster@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jeffrey Sabol, have read this Statement of Elements and Facts and have discussed it with my attorney. I fully understand this Statement of Elements and Facts. I agree and acknowledge by my signature that this Statement of Elements and Facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Elements and Facts fully.

Date: 8/18/23

Jeffrey Sabol
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Elements and Facts and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of Elements and Facts as true and accurate.

Date: 8-18-23

Alex Cirocco, Esq.
Attorney for Jeffrey Sabol