UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 21-cr-035 (RC) |
| RONALD COLTON MCABEE, | ) |
| Defendant. | ) |

## VERDICT FORM

**Count I:**     **Inflicting Bodily Injury on Officer A.W.**

\_\_\_\_X\_\_\_\_\_          _____
Guilty                               Not Guilty

If you have marked Guilty as to Count I above, proceed to Count II. If not, you must consider the lesser included offense:

**Assaulting, Resisting or Impeding Officer A.W.**

_____          _____
Guilty                               Not Guilty

**Count II:**     **Civil Disorder**

\_\_\_\_X\_\_\_\_\_          _____
Guilty                               Not Guilty

1

**Count III:** Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__X__  _____
Guilty          Not Guilty

If you have marked Guilty as to Count III above, proceed to Count IV. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____  _____
Guilty          Not Guilty

**Count IV:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__X__  _____
Guilty          Not Guilty

If you have marked Guilty as to Count IV above, proceed to Count V. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____  _____
Guilty          Not Guilty

Count V:   Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__X__  
Guilty

_____  
Not Guilty

If you have marked Guilty as to Count V above, proceed to the signature line. If not, you must consider the lesser included offense:

Engaging in Physical Violence in a Restricted Building or Grounds

_____  
Guilty

_____  
Not Guilty

Dated this __11th__ day of October, 2023

_____  
FOREPERSON

3