1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2

_____

3    United States of America,        ) Criminal Action
                                      ) No. 1:21-cr-00035-RC-7
4                      Plaintiff,     )
                                      ) **Jury Note and Verdict**
5    vs.                              )
                                      )
6    Ronald Colton McAbee,            ) Washington, D.C.
                                      ) **October 11, 2023**
7                      Defendant.     ) Time:  10:00 a.m.

8    _____

9              **Transcript of Jury Note and Verdict**
                        Held Before
10          The Honorable Rudolph Contreras
              United States District Judge

11

                    A P P E A R A N C E S
12

13   For the Government:    **Benet J. Kearney**
                            **Alexandra F. Foster**
14                          UNITED STATES ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
15                          601 D Street, Northwest
                            Washington, D.C. 20579

16   For the Defendant:     **Benjamin M. Schiffelbein**
                            FEDERAL PUBLIC DEFENDER
17                          210 First Street, Southwest, Suite 400
                            Roanoke, Virginia 24011

18   _____

19   Stenographic Official Court Reporter:
                            Nancy J. Meyer
20                          Registered Diplomate Reporter
                            Certified Realtime Reporter
21                          333 Constitution Avenue, Northwest
                            Washington, D.C. 20001
22                          202-354-3118

23   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.

24

25

<u>P R O C E E D I N G S</u>

1

2          (Proceedings held out of the presence of the jury.)

3          THE COURT:  Have the parties had a chance to discuss

4     how they want to deal with this redaction issue?

5          MR. SCHIFFELBEIN:  We disagree, but yes.

6          THE COURT:  Okay.  Someone want to share their

7     results?

8          MS. KEARNEY:  The parties are not in agreement.

9          THE COURT:  So, first, remind me as to what

10    Exhibit 601 is.  It's the text messages from the defendant?

11         MS. KEARNEY:  Yes, Your Honor.  601 is text messages

12    between the defendant and Mike Roberts.  And just so that the

13    Court is aware, the redactions fall into a couple of

14    categories.  First, addresses.  Second --

15         THE COURT:  So personal privacy stuff?

16         MS. KEARNEY:  Correct.  And all of these remain kind

17    of as a courtesy to defense counsel.  The government doesn't

18    believe that any of these messages are -- are so prejudicial

19    that they should be kept from the jury, but --

20         THE COURT:  They're certainly not things that I

21    excluded.

22         MS. KEARNEY:  Correct.  But we just didn't intend to

23    use them so we thought we might as well redact.

24         The second category is additional references to COVID.

25    There were some references to COVID kept in.  There are

1    references to COVID by Mr. Roberts where Mr. Roberts refers to

2    COVID as the China virus.  There's an exchange between

3    Mr. Roberts and Mr. McAbee.  Frankly, I don't know about what

4    because it's in response to a link sent by Mr. Roberts.  My

5    assumption would be that it's about COVID enforcement, where

6    Mr. McAbee says, "What is this?  Nazi Germany asking for my Jew

7    papers?"

8        There is an exchange between Mr. Roberts and Mr. McAbee

9    where Mr. McAbee uses the term bet to respond to Mr. Roberts.

10   Mr. Roberts doesn't know what he means, and he explains that

11   it's hoodrat for 10-4.

12            THE COURT:  All right.  So what are you proposing as

13   the solution?

14            MS. KEARNEY:  I'm proposing, Your Honor, that we just

15   instruct the jury to put the binder aside and use the redacted

16   version.

17            THE COURT:  The electronic version?

18            MS. KEARNEY:  Correct.

19       Look, in the event that there's going to be additional

20   inquiry necessary, I suggest that we just ask the jury,

21   basically, how far they got, since the first set of redactions

22   are really address redactions and really should have no bearing

23   on them.

24            THE COURT:  Okay.  Mr. Schiffelbein.

25            MR. SCHIFFELBEIN:  First, I want to say this is, I

1    think, just a simple mistake.

2         There's a lot of issues here.  There's a lot of moving

3    parts in this case.  So I'm not asserting or assuming at all

4    any bad faith on any party.  And, frankly, I didn't notice it

5    either.  So I think I'm at fault as much as anyone.

6         I am asking for a mistrial, in part, given the current

7    events in Israel, in the Middle East.  I think making light in

8    any way of the Holocaust, to the extent that somebody is

9    comparing COVID restrictions to Nazi Germany is incredibly

10   prejudicial, and especially at this time could be seen that

11   way.  I also think the remark about something being hoodrat is,

12   frankly, racist.  And I think a jury would see that as well.

13        The Court is absolutely correct.  These were not things

14   that the Court excluded.  These were just done as -- by

15   agreement, essentially.  And so I understand that that would

16   weigh against a mistrial.

17        To the extent that the Court does not, I think the

18   Court should, essentially, repeat the redacted exhibit

19   instruction and just indicate that sometimes redactions are

20   made to take out irrelevant things or things not related to the

21   trial, so.

22             THE COURT:  Okay.  And I gather, Ms. Kearney, that

23   you're not opposed to repeating the redacted exhibit

24   requirement?

25             MS. KEARNEY:  Not at all.

```
 1              THE COURT:  Okay.

 2         All right.  Let's bring the jury in.

 3         I'll deny the motion for the mistrial, and I'm going

 4    to -- I'll do the alternative, which is to ask them to refer

 5    only to the electronic version, and I will repeat the redacted

 6    document --

 7              MS. KEARNEY:  May I suggest, perhaps we just take the

 8    binder away from them.

 9              MR. SCHIFFELBEIN:  Well, I think there's other stuff

10    in the binder; right?

11              MS. KEARNEY:  But maybe we should all double-check

12    it.

13              MR. SCHIFFELBEIN:  Double-check it, that's fine.

14              THE COURT:  Okay.

15         (Proceedings held in the presence of the jury.)

16              THE COURT:  All right.  Have a seat, please.

17         So I gather from the jury's note that there was a

18    redaction error with respect to Exhibit 601, the text messages,

19    and that the electronic version was appropriately redacted but

20    the physical version was not.

21         So I'm going to ask you to rely on the electronic

22    version only.  And to the extent that you saw or discussed

23    anything that was in the paper copy that was not in the

24    electronic version, just put that out of your mind and don't

25    rely on that information at all.
```

1          And I'll repeat to you the instruction on redacted

2     documents or exhibits.  So during the course of this trial, a

3     number of exhibits were admitted in evidence.  Sometimes only

4     portions of an exhibit were admitted, such as portions of a

5     longer video, a document with some words or pictures blacked

6     out or otherwise removed, or a video played without audio.

7     There are a variety of reasons why only a portion of an exhibit

8     is admitted, including that the other portions are inadmissible

9     or implicate an individual's privacy.

10          As you examine the exhibits and you see or hear portions

11     where there appear to be omissions, you should consider only

12     the portions that were admitted, which are the redacted

13     versions, the electronic versions that you've seen.  You should

14     not guess as to what has been taken out or why, and you should

15     not hold it against either party.

16          You are to decide the facts only from the evidence that

17     is before you, which is the electronic version that has the

18     redactions.  So to the extent you saw anything that was

19     supposed to be redacted but wasn't in the paper copy, just put

20     that out of your mind.  Do not discuss it and do not consider

21     it at all in your deliberations.

22          All right.  Thank you.  Sorry for the error.

23               (Proceedings held out of the presence of the jury.)

24               THE COURT:  All right.  Anything else?

25               MS. KEARNEY:  Just logistically, Your Honor, we can

1    print out another hard copy of the properly redacted 601 and

2    bring it over, or would we rather they just proceed with the

3    electronic copy?

4            THE COURT:  At this point I'd just have them proceed

5    with the electronic version.

6            MS. KEARNEY:  That's fine.

7            THE COURT:  And you're going to check to see that

8    there's no other mistakes of that nature?

9            MS. KEARNEY:  We'll do that right now.

10           THE COURT:  Okay.  Thank you.

11           (Recess taken from 11:32 a.m. to 1:48 p.m.)

12           THE COURT:  All right.  Are we ready to bring in the

13   jury?

14           MR. SCHIFFELBEIN:  Yes, Your Honor.

15           MS. KEARNEY:  Yes, Your Honor.

16           THE COURT:  The one question I had -- I had for the

17   counsel is after the verdict comes in, one of the things I was

18   thinking about is whether I keep the foreperson behind and ask

19   a few questions about the redaction issue.  Is it worth making

20   a record on that point?

21           MR. SCHIFFELBEIN:  I think it is.

22           MS. KEARNEY:  Yes, we agree.

23           THE COURT:  Okay.  All right.  Let's bring in the

24   jury.

25           (Proceedings held in the presence of the jury.)

```
1              THE COURT:  Welcome back.  Have a seat, please.
2          So I gather from the note to me that the verdict has
3      been reached; is that correct?
4              THE JURY FOREPERSON:  Correct.
5              THE COURT:  Okay.  So I'll let Ms. Johnson take it
6      from here.
7              THE COURTROOM DEPUTY:  Okay.  Madam Foreperson, I
8      understand you have reached a verdict.
9              THE JURY FOREPERSON:  Yes, we have.
10              THE COURTROOM DEPUTY:  In the matter of United States
11      v. Ronald Colton McAbee, Criminal Action 21-35, Count No. 1,
12      inflicting bodily injury on Officer A.W., how do you -- have
13      you reached a verdict?  Guilty or not guilty?
14              THE JURY FOREPERSON:  Guilty.
15              THE COURTROOM DEPUTY:  Count 2, civil disorder,
16      guilty or not guilty?
17              THE JURY FOREPERSON:  Guilty.
18              THE COURTROOM DEPUTY:  Count 3, entering or remaining
19      in a restricted building or grounds with a deadly or dangerous
20      weapon, guilty or not guilty?
21              THE JURY FOREPERSON:  Guilty.
22              THE COURTROOM DEPUTY:  Count 4, disorderly or
23      disruptive conduct in a restricted building or grounds with a
24      deadly or dangerous weapon, guilty or not guilty?
25              THE JURY FOREPERSON:  Guilty.
```

```
 1              THE COURTROOM DEPUTY:  Count 5, engaging in physical
 2     violence in a restricted building or grounds with a deadly or
 3     dangerous weapon, guilty or not guilty?
 4              THE JURY FOREPERSON:  Guilty.
 5              THE COURTROOM DEPUTY:  Juror No. 1, is that your
 6     verdict?
 7              JUROR NO. 1:  Yes.
 8              THE COURTROOM DEPUTY:  Juror No. 2, is that your
 9     verdict?
10              JUROR NO. 2:  Yes.
11              THE COURTROOM DEPUTY:  Juror No. 4, is that your
12     verdict?
13              JUROR NO. 4:  Yes.
14              THE COURTROOM DEPUTY:  Juror No. 5, is your verdict?
15              JUROR NO. 5:  Yes.
16              THE COURTROOM DEPUTY:  Juror No. 6, is that your
17     verdict?
18              JUROR NO. 6:  Yes.
19              THE COURTROOM DEPUTY:  Juror No. 7, is that your
20     verdict?
21              JUROR NO. 7:  Yes.
22              THE COURTROOM DEPUTY:  Juror No. 8, is that your
23     verdict?
24              JUROR NO. 8:  Yes.
25              THE COURTROOM DEPUTY:  Juror No. 9, is that your
```

1    verdict?

2              JUROR NO. 9:  Yes.

3              THE COURTROOM DEPUTY:  Juror No. 10, is that your

4    verdict?

5              JUROR NO. 10:  Yes.

6              THE COURTROOM DEPUTY:  Juror No. 11, is this that

7    verdict?

8              JUROR NO. 11:  Yes.

9              THE COURTROOM DEPUTY:  Juror No. 13, is that your

10   verdict?

11             JUROR NO. 13:  Yes.

12             THE COURTROOM DEPUTY:  Juror No. 14, is that your

13   verdict?

14             JUROR NO. 14:  Yes.

15             THE COURTROOM DEPUTY:  The jury is polled,

16   Your Honor.

17             THE COURT:  All right.  Well, as I said at the very

18   beginning, this -- and I know you-all have very busy lives,

19   both professionally and personally, and it's a sacrifice to

20   come here and devote time to this.  But without willing

21   participation by citizens such as yourself, the process simply

22   would not work, and it's one of the most important part of our

23   society, is the jury system.

24        So I thank you greatly for your time and your

25   thoughtfulness and the time you've taken to devote to this

1    case.  So with that, you're relieved.  I won't take any more of

2    your time, but I will come back to the jury room at some point

3    to thank you personally, if you want to stick around a little

4    while.

5         But there's a few things I need to do first before I can

6    do that.  So feel free to leave or feel free to stick around,

7    and I'm happy to come back in a little bit.  So thank you so

8    much for your service.

9         If the foreperson can stay behind.  Thank you.

10         (Proceedings held out of the presence of the jury,

11    except for the jury foreperson.)

12         THE COURT:  I hate to put you in the witness stand,

13    but we just have some questions about the redaction issue.

14         THE JURY FOREPERSON:  Yes.

15         THE COURT:  Okay.  So I'm going to be super official

16    and have you sworn in.

17         (Oath administered.)

18         THE JURY FOREPERSON:  I do.

19         THE COURTROOM DEPUTY:  Thank you, ma'am.

20         THE COURT:  Okay.  If you can just -- I'll just let

21    you give you a narrative how this came to light and how many

22    people saw the unredacted versions and what was discussed.  If

23    you can just give us some general ideas about that.

24         THE JURY FOREPERSON:  Sure.  So we realized the

25    redaction issue this morning during deliberations.  We had

1    Exhibit 601 pulled up on the screen.  So we're reviewing it

2    electronically together.  And a member of the jury had our

3    binder open to the same page, and we're reading.  And she

4    raised her hand and said, "I noticed that there are redactions

5    up on the screen, black bars, and I don't see those.  I'm

6    following with the same page, and I don't see those."

7         So that was when we realized that there had been this

8    issue.  To my knowledge, there were at least three jurors

9    yesterday who, in the process of looking at the binder during

10   deliberations, may have seen redacted messages.  They all said

11   to me that they don't specifically remember the content,

12   though.  And at that point when we realized it, we closed the

13   book and sent you a message.

14        THE COURT:  So was there -- was there any discussion

15   amongst the jurors about something that had been seen in the

16   unredacted version that had been redacted in the electronic

17   version, specific statements?

18        THE JURY FOREPERSON:  No, Your Honor.

19        THE COURT:  No.  Okay.  Mr. Schiffelbein, do you have

20   any questions?

21        MR. SCHIFFELBEIN:  Good afternoon.  Do you recall

22   what page you were on when that was recognized?

23        THE JURY FOREPERSON:  I do not.

24        MR. SCHIFFELBEIN:  Do you know if it was in the

25   beginning of the texts?  The middle?  The end?

1           THE JURY FOREPERSON:  I'm -- because we were looking

2       at it up on the screen, I'm sort of referencing the scroll bar.

3       I want to say we were three-quarters of the way down.

4           MR. SCHIFFELBEIN:  Okay.

5           THE JURY FOREPERSON:  I know that's not very

6       specific, but that's the best I can do.

7           MR. SCHIFFELBEIN:  Helpful.  Thank you.

8           THE COURT:  Does -- do you recall the discussion

9       about anything about having to do with a COVID card and

10      Nazi Germany?

11          THE JURY FOREPERSON:  No, Your Honor.

12          THE COURT:  Okay.  Ms. Kearney?

13          MS. KEARNEY:  We think that's sufficient, Your Honor.

14      Thank you.

15          THE COURT:  Mr. Schiffelbein, do you have any

16      follow-up to my question?

17          MR. SCHIFFELBEIN:  No, Your Honor.

18          THE COURT:  No.  All right.  Thank you.  You're

19      excused.

20          THE JURY FOREPERSON:  Thank you.

21          (REPORTER'S NOTE:  The jury foreperson left.)

22          THE COURT:  All right.  We already have a schedule

23      because of the other plea, as far as -- any reason that we

24      can't just stick to that schedule for these counts as well?

25          MR. SCHIFFELBEIN:  No, Your Honor, not from the

1    defense.

2              MS. KEARNEY:  Not from the government.

3              MR. SCHIFFELBEIN:  I would ask if the Court can grant

4    a 14-day extension to the standard 14-day timeline for

5    post-trial motions.

6              THE COURT:  Sure.

7              MR. SCHIFFELBEIN:  Thank you.

8              THE COURTROOM DEPUTY:  You said 14 days?

9              THE COURT:  Fourteen-day extension.  So that would

10   make it what?

11             MR. SCHIFFELBEIN:  Twenty-eight days.

12             THE COURT:  Twenty-eight days.

13             THE COURTROOM DEPUTY:  Twenty-eight days.  That would

14   be Friday, the 13th of November.

15             MR. SCHIFFELBEIN:  That's fine.  Thank you.

16             THE COURT:  Do you want a Monday so you have the

17   weekend?

18             MR. SCHIFFELBEIN:  If I can have a Monday, that would

19   be great.

20             THE COURT:  Okay.

21             THE COURTROOM DEPUTY:  November 20th.

22             THE COURT:  November 20th.  Okay.  All right.

23        You know, one of the things I've said previously on

24   these cases is I've had three January 6th cases; all three

25   cases have been tried by federal public defenders of other

1    offices.  I knew that the office in D.C. was very good, but

2    it's really amazing how uniform that level of excellence of the

3    other public defender's offices have been, you know.  I've had

4    Philly, Tacoma, and Roanoke.

5          So it's -- there's not -- there's a lot of parts of the

6    criminal justice system that don't work particularly well, in

7    particular at the state level, but this is something that has

8    worked very well.  The caliber of the representation from the

9    public defender -- federal public defender's office has been

10   uniformly good across the board.

11         So thank you, Mr. Schiffelbein.

12         MR. SCHIFFELBEIN:  Thank you, Your Honor.  I

13   appreciate it.

14         THE COURT:  All right.  Anything else?

15         MS. KEARNEY:  Yes, Your Honor.  To the extent that

16   they are not automatically made available, the government just

17   requests an order making the trial exhibits available to the

18   public upon their request.

19         THE COURT:  Any objection to that?

20         MR. SCHIFFELBEIN:  No objection.

21         MS. KEARNEY:  The properly redacted one.

22         MR. SCHIFFELBEIN:  No objection, Your Honor.

23         THE COURT:  Okay.  Why don't you submit a proposed

24   order.

25         MS. KEARNEY:  We'll do that.  Thank you.

1          THE COURT:  All right.  Thank you.

2       Thank you, Mr. McAbee.  I'll see you in February, I

3    think it is.

4          THE DEFENDANT:  Thank you, sir.

5          (Proceedings were concluded at 2:01 p.m.)

1    <u>CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER</u>

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4    Certified Realtime Reporter, do hereby certify that the above

5    and foregoing constitutes a true and accurate transcript of my

6    stenograph notes and is a full, true, and complete transcript

7    of the proceedings to the best of my ability.

8

9                    Dated this 17th day of November, 2023.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter
                      333 Constitution Avenue Northwest
14                    Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

## 1

**1** [3] - 8:11, 9:5, 9:7
**10** [2] - 10:3, 10:5
**10-4** [1] - 3:11
**11** [2] - 10:6, 10:8
**11:32** [1] - 7:11
**13** [2] - 10:9, 10:11
**13th** [1] - 14:14
**14** [3] - 10:12, 10:14, 14:8
**14-day** [2] - 14:4
**1:48** [1] - 7:11

## 2

**2** [3] - 8:15, 9:8, 9:10
**20th** [2] - 14:21, 14:22
**21-35** [1] - 8:11
**2:01** [1] - 16:5

## 3

**3** [1] - 8:18

## 4

**4** [3] - 8:22, 9:11, 9:13

## 5

**5** [3] - 9:1, 9:14, 9:15

## 6

**6** [2] - 9:16, 9:18
**601** [3] - 5:18, 7:1, 12:1
**6th** [1] - 14:24

## 7

**7** [2] - 9:19, 9:21

## 8

**8** [2] - 9:22, 9:24

## 9

**9** [2] - 9:25, 10:2

## A

**a.m** [1] - 7:11
**A.W** [1] - 8:12
**absolutely** [1] - 4:13
**Action** [1] - 8:11
**additional** [1] - 3:19
**address** [1] - 3:22
**administered** [1] - 11:17
**admitted** [4] - 6:3, 6:4,

6:8, 6:12
**afternoon** [1] - 12:21
**agree** [1] - 7:22
**agreement** [1] - 4:15
**alternative** [1] - 5:4
**amazing** [1] - 15:2
**appear** [1] - 6:11
**appreciate** [1] - 15:13
**appropriately** [1] - 5:19
**aside** [1] - 3:15
**asserting** [1] - 4:3
**assuming** [1] - 4:3
**assumption** [1] - 3:5
**audio** [1] - 6:6
**automatically** [1] - 15:16
**available** [2] - 15:16, 15:17

## B

**bad** [1] - 4:4
**bar** [1] - 13:2
**bars** [1] - 12:5
**bearing** [1] - 3:22
**beginning** [2] - 10:18, 12:25
**behind** [2] - 7:18, 11:9
**best** [1] - 13:6
**bet** [1] - 3:9
**between** [2] - 3:2, 3:8
**binder** [5] - 3:15, 5:8, 5:10, 12:3, 12:9
**bit** [1] - 11:7
**black** [1] - 12:5
**blacked** [1] - 6:5
**board** [1] - 15:10
**bodily** [1] - 8:12
**book** [1] - 12:13
**bring** [4] - 5:2, 7:2, 7:12, 7:23
**building** [3] - 8:19, 8:23, 9:2
**busy** [1] - 10:18

## C

**caliber** [1] - 15:8
**card** [1] - 13:9
**case** [2] - 4:3, 11:1
**cases** [2] - 14:24, 14:25
**check** [3] - 5:11, 5:13, 7:7
**China** [1] - 3:2
**citizens** [1] - 10:21
**civil** [1] - 8:15
**closed** [1] - 12:12
**Colton** [1] - 8:11

**comparing** [1] - 4:9
**concluded** [1] - 16:5
**conduct** [1] - 8:23
**consider** [2] - 6:11, 6:20
**content** [1] - 12:11
**copy** [4] - 5:23, 6:19, 7:1, 7:3
**correct** [3] - 3:18, 4:13, 8:3
**Correct** [1] - 8:4
**counsel** [1] - 7:17
**Count** [5] - 8:11, 8:15, 8:18, 8:22, 9:1
**counts** [1] - 13:24
**course** [1] - 6:2
**Court** [5] - 4:13, 4:14, 4:17, 4:18, 14:3
**COURT** [37] - 3:12, 3:17, 3:24, 4:22, 5:1, 5:14, 5:16, 6:24, 7:4, 7:7, 7:10, 7:12, 7:16, 7:23, 8:1, 8:5, 10:17, 11:12, 11:15, 11:20, 12:14, 12:19, 13:8, 13:12, 13:15, 13:18, 13:22, 14:6, 14:9, 14:12, 14:16, 14:20, 14:22, 15:14, 15:19, 15:23, 16:1
**COURTROOM** [23] - 8:7, 8:10, 8:15, 8:18, 8:22, 9:1, 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 11:19, 14:8, 14:13, 14:21
**COVID** [5] - 3:1, 3:2, 3:5, 4:9, 13:9
**Criminal** [1] - 8:11
**criminal** [1] - 15:6
**current** [1] - 4:6

## D

**D.C** [1] - 15:1
**dangerous** [3] - 8:19, 8:24, 9:3
**days** [4] - 14:8, 14:11, 14:12, 14:13
**deadly** [3] - 8:19, 8:24, 9:2
**decide** [1] - 6:16
**DEFENDANT** [1] - 16:4
**defender** [1] - 15:9
**defender's** [2] - 15:3, 15:9
**defenders** [1] - 14:25

**defense** [1] - 14:1
**deliberations** [3] - 6:21, 11:25, 12:10
**deny** [1] - 5:3
**DEPUTY** [23] - 8:7, 8:10, 8:15, 8:18, 8:22, 9:1, 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 11:19, 14:8, 14:13, 14:21
**devote** [2] - 10:20, 10:25
**discuss** [1] - 6:20
**discussed** [2] - 5:22, 11:22
**discussion** [2] - 12:14, 13:8
**disorder** [1] - 8:15
**disorderly** [1] - 8:22
**disruptive** [1] - 8:23
**document** [2] - 5:6, 6:5
**documents** [1] - 6:2
**done** [1] - 4:14
**double** [2] - 5:11, 5:13
**double-check** [2] - 5:11, 5:13
**down** [1] - 13:3
**during** [3] - 6:2, 11:25, 12:9

## E

**East** [1] - 4:7
**eight** [3] - 14:11, 14:12, 14:13
**either** [2] - 4:5, 6:15
**electronic** [10] - 3:17, 5:5, 5:19, 5:21, 5:24, 6:13, 6:17, 7:3, 7:5, 12:16
**electronically** [1] - 12:2
**end** [1] - 12:25
**enforcement** [1] - 3:5
**engaging** [1] - 9:1
**entering** [1] - 8:18
**error** [2] - 5:18, 6:22
**especially** [1] - 4:10
**essentially** [2] - 4:15, 4:18
**event** [1] - 3:19
**events** [1] - 4:7
**evidence** [2] - 6:3, 6:16
**examine** [1] - 6:10
**excellence** [1] - 15:2
**except** [1] - 11:11

**exchange** [2] - 3:2, 3:8
**excluded** [1] - 4:14
**excused** [1] - 13:19
**Exhibit** [2] - 5:18, 12:1
**exhibit** [4] - 4:18, 4:23, 6:4, 6:7
**exhibits** [4] - 6:2, 6:3, 6:10, 15:17
**explains** [1] - 3:10
**extension** [2] - 14:4, 14:9
**extent** [5] - 4:8, 4:17, 5:22, 6:18, 15:15

## F

**facts** [1] - 6:16
**faith** [1] - 4:4
**far** [2] - 3:21, 13:23
**fault** [1] - 4:5
**February** [1] - 16:2
**federal** [2] - 14:25, 15:9
**few** [2] - 7:19, 11:5
**fine** [3] - 5:13, 7:6, 14:15
**first** [3] - 3:21, 3:25, 11:5
**follow** [1] - 13:16
**follow-up** [1] - 13:16
**following** [1] - 12:6
**foreperson** [4] - 7:18, 11:9, 11:11, 13:21
**FOREPERSON** [16] - 8:4, 8:9, 8:14, 8:17, 8:21, 8:25, 9:4, 11:14, 11:18, 11:24, 12:18, 12:23, 13:1, 13:5, 13:11, 13:20
**Foreperson** [1] - 8:7
**fourteen** [1] - 14:9
**fourteen-day** [1] - 14:9
**frankly** [3] - 3:3, 4:4, 4:12
**free** [2] - 11:6
**Friday** [1] - 14:14

## G

**gather** [3] - 4:22, 5:17, 8:2
**general** [1] - 11:23
**Germany** [3] - 3:6, 4:9, 13:10
**given** [1] - 4:6
**government** [2] - 14:2, 15:16
**grant** [1] - 14:3

**great** [1] - 14:19
**greatly** [1] - 10:24
**grounds** [3] - 8:19, 8:23, 9:2
**guess** [1] - 6:14
**guilty** [15] - 8:13, 8:14, 8:16, 8:17, 8:20, 8:21, 8:24, 8:25, 9:3, 9:4

## H

**hand** [1] - 12:4
**happy** [1] - 11:7
**hard** [1] - 7:1
**hate** [1] - 11:12
**hear** [1] - 6:10
**held** [4] - 5:15, 6:23, 7:25, 11:10
**helpful** [1] - 13:7
**hold** [1] - 6:15
**Holocaust** [1] - 4:8
**Honor** [13] - 3:14, 6:25, 7:14, 7:15, 10:16, 12:18, 13:11, 13:13, 13:17, 13:25, 15:12, 15:15, 15:22
**hoodrat** [2] - 3:11, 4:11

## I

**ideas** [1] - 11:23
**implicate** [1] - 6:9
**important** [1] - 10:22
**inadmissible** [1] - 6:8
**including** [1] - 6:8
**incredibly** [1] - 4:9
**indicate** [1] - 4:19
**individual's** [1] - 6:9
**inflicting** [1] - 8:12
**information** [1] - 5:25
**injury** [1] - 8:12
**inquiry** [1] - 3:20
**instruct** [1] - 3:15
**instruction** [2] - 4:19, 6:1
**irrelevant** [1] - 4:20
**Israel** [1] - 4:7
**issue** [4] - 7:19, 11:13, 11:25, 12:8
**issues** [1] - 4:2

## J

**January** [1] - 14:24
**Jew** [1] - 3:6
**Johnson** [1] - 8:5
**Juror** [12] - 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25,

10:3, 10:6, 10:9, 10:12
**JUROR** [12] - 9:7, 9:10, 9:13, 9:15, 9:18, 9:21, 9:24, 10:2, 10:5, 10:8, 10:11, 10:14
**jurors** [2] - 12:8, 12:15
**jury** [16] - 3:15, 3:20, 4:12, 5:2, 5:15, 6:23, 7:13, 7:24, 7:25, 10:15, 10:23, 11:2, 11:10, 11:11, 12:2, 13:21
**JURY** [16] - 8:4, 8:9, 8:14, 8:17, 8:21, 8:25, 9:4, 11:14, 11:18, 11:24, 12:18, 12:23, 13:1, 13:5, 13:11, 13:20
**jury's** [1] - 5:17
**justice** [1] - 15:6

## K

**Kearney** [2] - 4:22, 13:12
**KEARNEY** [15] - 3:14, 3:18, 4:25, 5:7, 5:11, 6:25, 7:6, 7:9, 7:15, 7:22, 13:13, 14:2, 15:15, 15:21, 15:25
**keep** [1] - 7:18
**knowledge** [1] - 12:8

## L

**least** [1] - 12:8
**leave** [1] - 11:6
**left** [1] - 13:21
**level** [2] - 15:2, 15:7
**light** [2] - 4:7, 11:21
**link** [1] - 3:4
**lives** [1] - 10:18
**logistically** [1] - 6:25
**look** [1] - 3:19
**looking** [2] - 12:9, 13:1

## M

**ma'am** [1] - 11:19
**Madam** [1] - 8:7
**matter** [1] - 8:10
**McAbee** [6] - 3:3, 3:6, 3:8, 3:9, 8:11, 16:2
**means** [1] - 3:10
**member** [1] - 12:2
**message** [1] - 12:13
**messages** [2] - 5:18, 12:10

**Middle** [1] - 4:7
**middle** [1] - 12:25
**mind** [2] - 5:24, 6:20
**mistake** [1] - 4:1
**mistakes** [1] - 7:8
**mistrial** [3] - 4:6, 4:16, 5:3
**Monday** [2] - 14:16, 14:18
**morning** [1] - 11:25
**most** [1] - 10:22
**motion** [1] - 5:3
**motions** [1] - 14:5
**moving** [1] - 4:2

## N

**narrative** [1] - 11:21
**nature** [1] - 7:8
**Nazi** [3] - 3:6, 4:9, 13:10
**necessary** [1] - 3:20
**need** [1] - 11:5
**NO** [12] - 9:7, 9:10, 9:13, 9:15, 9:18, 9:21, 9:24, 10:2, 10:5, 10:8, 10:11, 10:14
**NOTE** [1] - 13:21
**note** [2] - 5:17, 8:2
**notice** [1] - 4:4
**noticed** [1] - 12:4
**November** [3] - 14:14, 14:21, 14:22
**number** [1] - 6:3

## O

**Oath** [1] - 11:17
**objection** [3] - 15:19, 15:20, 15:22
**office** [2] - 15:1, 15:9
**Officer** [1] - 8:12
**offices** [2] - 15:1, 15:3
**official** [1] - 11:15
**omissions** [1] - 6:11
**one** [5] - 7:16, 7:17, 10:22, 14:23, 15:21
**open** [1] - 12:3
**opposed** [1] - 4:23
**order** [2] - 15:17, 15:24
**otherwise** [1] - 6:6

## P

**p.m** [2] - 7:11, 16:5
**page** [3] - 12:3, 12:6, 12:22
**paper** [2] - 5:23, 6:19

**papers** [1] - 3:7
**part** [2] - 4:6, 10:22
**participation** [1] - 10:21
**particular** [1] - 15:7
**particularly** [1] - 15:6
**parts** [2] - 4:3, 15:5
**party** [2] - 4:4, 6:15
**people** [1] - 11:22
**perhaps** [1] - 5:7
**personally** [2] - 10:19, 11:3
**Philly** [1] - 15:4
**physical** [2] - 5:20, 9:1
**pictures** [1] - 6:5
**played** [1] - 6:6
**plea** [1] - 13:23
**point** [4] - 7:4, 7:20, 11:2, 12:12
**polled** [1] - 10:15
**portion** [1] - 6:7
**portions** [5] - 6:4, 6:8, 6:10, 6:12
**post** [1] - 14:5
**post-trial** [1] - 14:5
**prejudicial** [1] - 4:10
**presence** [4] - 5:15, 6:23, 7:25, 11:10
**previously** [1] - 14:23
**print** [1] - 7:1
**privacy** [1] - 6:9
**proceed** [2] - 7:2, 7:4
**Proceedings** [5] - 5:15, 6:23, 7:25, 11:10, 16:5
**process** [2] - 10:21, 12:9
**professionally** [1] - 10:19
**properly** [2] - 7:1, 15:21
**proposed** [1] - 15:23
**proposing** [2] - 3:12, 3:14
**public** [5] - 14:25, 15:3, 15:9, 15:18
**pulled** [1] - 12:1

## Q

**quarters** [1] - 13:3
**questions** [3] - 7:19, 11:13, 12:20

## R

**racist** [1] - 4:12
**raised** [1] - 12:4
**rather** [1] - 7:2
**reached** [3] - 8:3, 8:8,

8:13
**reading** [1] - 12:3
**ready** [1] - 7:12
**realized** [3] - 11:24, 12:7, 12:12
**really** [3] - 3:22, 15:2
**reason** [1] - 13:23
**reasons** [1] - 6:7
**Recess** [1] - 7:11
**recognized** [1] - 12:22
**record** [1] - 7:20
**redacted** [3] - 3:15, 4:18, 4:23, 5:5, 5:19, 6:1, 6:12, 6:19, 7:1, 12:10, 12:16, 15:21
**redaction** [4] - 5:18, 7:19, 11:13, 11:25
**redactions** [5] - 3:21, 3:22, 4:19, 6:18, 12:4
**refer** [1] - 5:4
**references** [1] - 3:1
**referencing** [1] - 13:2
**refers** [1] - 3:1
**related** [1] - 4:20
**relieved** [1] - 11:1
**rely** [2] - 5:21, 5:25
**remaining** [1] - 8:18
**remark** [1] - 4:11
**remember** [1] - 12:11
**removed** [1] - 6:6
**repeat** [3] - 4:18, 5:5, 6:1
**repeating** [1] - 4:23
**REPORTER'S** [1] - 13:21
**representation** [1] - 15:8
**request** [1] - 15:18
**requests** [1] - 15:17
**requirement** [1] - 4:24
**respect** [1] - 5:18
**respond** [1] - 3:9
**response** [1] - 3:4
**restricted** [3] - 8:19, 8:23, 9:2
**restrictions** [1] - 4:9
**reviewing** [1] - 12:1
**Roanoke** [1] - 15:4
**Roberts** [7] - 3:1, 3:3, 3:4, 3:8, 3:9, 3:10
**Ronald** [1] - 8:11
**room** [1] - 11:2

## S

**sacrifice** [1] - 10:19
**saw** [3] - 5:22, 6:18, 11:22
**schedule** [2] - 13:22,

13:24

**Schiffelbein** [4] - 3:24, 12:19, 13:15, 15:11

**SCHIFFELBEIN** [19] - 3:25, 5:9, 5:13, 7:14, 7:21, 12:21, 12:24, 13:4, 13:7, 13:17, 13:25, 14:3, 14:7, 14:11, 14:15, 14:18, 15:12, 15:20, 15:22

**screen** [3] - 12:1, 12:5, 13:2

**scroll** [1] - 13:2

**seat** [2] - 5:16, 8:1

**see** [6] - 4:12, 6:10, 7:7, 12:5, 12:6, 16:2

**sent** [2] - 3:4, 12:13

**service** [1] - 11:8

**set** [1] - 3:21

**simple** [1] - 4:1

**simply** [1] - 10:21

**society** [1] - 10:23

**solution** [1] - 3:13

**sometimes** [2] - 4:19, 6:3

**sorry** [1] - 6:22

**sort** [1] - 13:2

**specific** [2] - 12:17, 13:6

**specifically** [1] - 12:11

**stand** [1] - 11:12

**standard** [1] - 14:4

**state** [1] - 15:7

**statements** [1] - 12:17

**States** [1] - 8:10

**stay** [1] - 11:9

**stick** [3] - 11:3, 11:6, 13:24

**stuff** [1] - 5:9

**submit** [1] - 15:23

**sufficient** [1] - 13:13

**suggest** [2] - 3:20, 5:7

**super** [1] - 11:15

**supposed** [1] - 6:19

**sworn** [1] - 11:16

**system** [2] - 10:23, 15:6

## T

**Tacoma** [1] - 15:4

**term** [1] - 3:9

**text** [1] - 5:18

**texts** [1] - 12:25

**thinking** [1] - 7:18

**thoughtfulness** [1] - 10:25

**three** [4] - 12:8, 13:3, 14:24

**three-quarters** [1] -

13:3

**timeline** [1] - 14:4

**together** [1] - 12:2

**trial** [4] - 4:21, 6:2, 14:5, 15:17

**tried** [1] - 14:25

**twenty** [3] - 14:11, 14:12, 14:13

**twenty-eight** [3] - 14:11, 14:12, 14:13

## U

**uniform** [1] - 15:2

**uniformly** [1] - 15:10

**United** [1] - 8:10

**unredacted** [2] - 11:22, 12:16

**up** [4] - 12:1, 12:5, 13:2, 13:16

**uses** [1] - 3:9

## V

**variety** [1] - 6:7

**verdict** [16] - 7:17, 8:2, 8:8, 8:13, 9:6, 9:9, 9:12, 9:14, 9:17, 9:20, 9:23, 10:1, 10:4, 10:7, 10:10, 10:13

**version** [11] - 3:16, 3:17, 5:5, 5:19, 5:20, 5:22, 5:24, 6:17, 7:5, 12:16, 12:17

**versions** [3] - 6:13, 11:22

**video** [2] - 6:5, 6:6

**violence** [1] - 9:2

**virus** [1] - 3:2

## W

**weapon** [3] - 8:20, 8:24, 9:3

**weekend** [1] - 14:17

**weigh** [1] - 4:16

**welcome** [1] - 8:1

**willing** [1] - 10:20

**witness** [1] - 11:12

**words** [1] - 6:5

**worth** [1] - 7:19

## Y

**yesterday** [1] - 12:9

**you-all** [1] - 10:18

**yourself** [1] - 10:21